# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 24-1696; 24-1753

**Short Case Caption** Moskowitz Family LLC v. Globus Medical, Inc.

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

No. 24-1753 (cross-appeal of Globus Medical, Inc.).

Costs are to be assigned as follows:

- [x] Each side shall bear their own costs.
- [ ] Other:

Date: 04/21/2025

Signature: /s/ Mark Hatch-Miller

Name: Mark Hatch-Miller

Party Name: Globus Medical, Inc.

Date: 04/21/2025

Signature: /s/ Lauren A. Degnan

Name: Lauren A. Degnan

Party Name: Moskowitz Family LLC

- [x] Additional pages attached:

Certificate of Service

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I electronically filed the foregoing stipulation with the Clerk of the Court of the United States Court of Appeals for the Federal Circuit using its CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Daniel Simon
Daniel Simon